UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE and MARY DOE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 15-986-HEA<br>) |
| JEREMIAH JAY NIXON, GOVERNOR OF THE STATE OF MISSOURI, | )<br>)<br>)<br>) |
| and | )<br>) |
| CHRIS KOSTER, ATTORNEY GENERAL FOR THE STATE OF MISSOURI, | )<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO DISMISS

For the reasons set forth more fully in Defendants' contemporaneously filed Memorandum in Support, Defendants Jeremiah Nixon and Chris Koster move to dismiss this action under Rule 12(b)(1) and 12(b)(6) for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted.

WHEREFORE, Defendants respectfully requests that this case be dismissed.

Respectfully submitted,

CHRIS KOSTER
Attorney General

/s/ **J. Andrew Hirth**
J. Andrew Hirth, Mo. Bar No. 57807
Deputy General Counsel
*Attorneys for Defendants*

September 8, 2015

P.O. Box 899
Jefferson City, MO 65102

(573) 751-0818
(573) 751-0774 Facsimile
Andy.Hirth@ago.mo.gov