UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

---

THE SATANIC TEMPLE and
MARY DOE

       Plaintiffs

  -vs-

JEREMIAH JAY NIXON, GOVERNOR
OF THE STATE OF MISSOURI, and
CHRIS KOSTER, ATTORNEY GENERAL
OF THE STATE OF MISSOURI

       Defendants

Docket No. 4:15-cv-986-HEA

---

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs The Satanic Temple and Mary Doe hereby appeal to the United States Court of Appeals for the Eighth Circuit from the order granting Defendants' motion to dismiss this action on the 15th day of July, 2016.

August 11, 2016

                                                  *W. James Mac Naughton*
                                                  W. James Mac Naughton
                                                  7 Fredon Marksboro Road
                                                  Newton, NJ 07860
                                                  732-634-3700 (o)
                                                  732-875-1250 (f)
                                                  wjm@wjmesq.com
                                                  Bar ID No. 701985NJ
                                                  Attorney for Plaintiffs The Satanic Temple
                                                  and Mary Doe

**CERTIFICATE OF SERVICE**

   W. James Mac Naughton certifies that I served this pleading on the persons listed below by ECF on the date of this pleading was filed.

Chris Koster
Attorney General
J. Andrew Hirth
Deputy General Counsel
P.O. Box 899
Jefferson City, MO 65102
*Attorneys for Defendants*

                */s/ W. James Mac Naughton*
                W. James Mac Naughton