U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No.

_____

STYLE OF CASE:                                    COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

         Appellant/Appellee,
vs.

                                                  COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

         Appellant/Appellee

LIST ISSUES ON APPEAL(For administrative purposes).  You may indicate that this also serves as your statement of issues under FRAP 10(b)(3).         _____Yes.         _____ No.

FOR LEAD COUNSEL ONLY
I _____ have (_____ have not) discussed settlement possibilities on appeal with my client.
This appeal _____ is (_____ is not ) amenable to settlement.

Submitted by: s/ _____
               Signature of Lead Counsel                                Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B).  If inadvertenly omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed.  Forms are available at the District Court Clerk's Office and may be obtained electronically at:
   www.ca8.uscourts.gov
         Copy 1 - Send to Appellee (together with an uncompleted Form B)
         Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
         Copy 4 - Retain