# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 17, 2016

Mr. William James Mac Naughton
W. JAMES MAC NAUGHTON, ESQ.
7 Fredon Marksboro Road
Newton, NJ  07860

      RE:  16-3387  The Satanic Temple, et al v. Jeremiah Nixon, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

  Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

  If you have any questions about the schedule or procedures for the case, please contact our office.

                 Michael E. Gans
                 Clerk of Court

DMW

Enclosure(s)

cc: Mr. Ronald J. Eisenberg
   Mr. John Andrew Hirth
   Mr. Gregory J. Linhares

    District Court/Agency Case Number(s):   4:15-cv-00986-HEA

**Caption For Case Number:   16-3387**

The Satanic Temple; Mary Doe

        Plaintiffs - Appellants

v.

Jeremiah Jay Nixon, Governor of the State of Missouri; Chris Koster, Attorney General of the State of Missouri

        Defendants - Appellees

**Addresses For Case Participants:   16-3387**

Mr. William James Mac Naughton
W. JAMES MAC NAUGHTON, ESQ.
7 Fredon Marksboro Road
Newton, NJ  07860

Mr. Ronald J. Eisenberg
SCHULTZ & ASSOCIATES
Suite A
640 Cepi Drive
Chesterfield, MO  63005-1221

Mr. John Andrew Hirth
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000