# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  16-3387

_____

The Satanic Temple; Mary Doe

Plaintiffs - Appellants

v.

Mike Parson, Governor of the State of Missouri; Josh Hawley, Attorney General of the State of Missouri

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cv-00986-HEA)

_____

**JUDGMENT**

Before WOLLMAN, MELLOY and GRUENDER, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district

court in this cause is affirmed in accordance with the opinion of this Court.

August 28, 2018


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans