# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-3387

The Satanic Temple and Mary Doe

Appellants

v.

Mike Parson, Governor of the State of Missouri and Josh Hawley, Attorney General of the State of Missouri

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cv-00986-HEA)
_____

**MANDATE**

In accordance with the opinion and judgment of 08/28/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 25, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit